# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Steven Broussard
Broussard & Williamson
1301 Common Street
Lake Charles LA 70601

Randall Earl Hart
Broussard & Hart
1301 Common St.
Lake Charles LA 70601

Soren E. Gisleson
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans LA 70113

Aaron Broussard
Broussard & Williamson
1301 Common Street
Lake Charles LA 70601

Michael J. Williamson
Broussard & Williamson
1301 Common St.
Lake Charles LA 70601

Charles M. King
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans LA 70113

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 15, 2021

**REHEARING ACTION: December 15, 2021**

**Docket Number: CA 20-556**
**consolidated with CW 20-376 & CW 20-377 & CA 20-557 & CW 21-155 & CW 21-156**

**DANIEL L. MOORE AND**
**MARIE MOORE**
**VERSUS**
**CITY OF WESTLAKE, ET AL.**

**Appealed from Calcasieu Parish Case No. 2015-4200 c/w 2015-4201**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. D. Kent Savoie**
**Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Daniel L. Moore, et al and Philmer Johnson, et al** has this day

been

**DENIED.**

cc: John Michael Veron, Counsel for the Appellee
    Julia Love Taylor, Counsel for the Appellee
    Rachel S. Guttmann, Counsel for the Appellee
    Lynda Albano Tafaro, Counsel for the Appellee
    Thomas P. Anzelmo Sr., Counsel for the Appellee
    Sharon Dirman, Counsel for the Appellee